STEVEN A. LAMON, SBN 124853
SHAWN M. JOOST, SBN 148391
MURPHY AUSTIN ADAMS SCHOENFELD LLP
555 Capitol Mall, Suite 850
Sacramento, California  95814
Telephone:     (916) 446-2300
Facsimile:      (916) 503-4000
Email:           slamon@murphyaustin.com
Email:           sjoost@murphyaustin.com

Attorneys for Defendants
TERRY HATANAKA, LEIGH ANN HATANAKA,
T.A. HATANAKA FARMS, HERITAGE
CONSERVATION, LLC, AND WEST VALLEY
FARMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LAKE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TERRY HATANAKA, LEIGH ANN HATANAKA, T. A. HATANAKA FARMS, WEST VALLEY FARMS, INC., HERITAGE CONSERVATION, LLC, JOHN DOES (1-5) and XYZ CORPORATIONS (1-5),<br><br>　　　　　Defendants. | Case No.  2:18-cv-02013-JAM-CKD<br><br>**STIPULATION REGARDING AMENDMENT OF COMPLAINT AND CONTINUANCE OF JOINT STATUS REPORT AND ORDER** |

THIS STIPULATION IS ENTERED INTO BY AND BETWEEN JAMES LAKE ("PLAINTIFF"), ON THE ONE HAND, AND TERRY HATANAKA, LEIGH ANN HATANAKA, T.A. HATANAKA FARMS, HERITAGE CONSERVATION, LLC, AND WEST VALLEY FARMS, INC. ("DEFENDANTS"), ON THE OTHER HAND.

WHEREAS, on September 4, 2018 Lake filed an Amended Complaint;

WHEREAS, on October 25, 2018, this Court stayed the action prior to Defendants responding to the Amended Complaint;

WHEREAS, on November 16, 2020, this Court issued an order that the parties file a Joint Status Report within sixty days;

- 1 -

WHEREAS, on November 19, 2020, this Court lifted the stay and order Defendants to file a responsive pleading to the Amended Complaint on or before December 30, 2020;

WHEREAS, Defendants' counsel sent a meet and confer letter to Lake's counsel on December 16, 2020, outlining Defendant's contentions as to deficiencies in the Amended Complaint, prior to filing a Motion to Dismiss, as required by this Court's rules; and

WHEREAS, Lake has advised Defendants that he will address the issues raised in the meet and confer letter by the filing of a Second Amended Complaint;

NOW, THEREFORE, PLAINTIFF AND DEFENDANTS HEREBY AGREE AS FOLLOW:

1. Plaintiff will file a Second Amended Complaint on or before January 27, 2021, which shall be deemed served on Defendants as of the date of filing;

2. Defendants will file a responsive pleading to the Second Amended Complaint within thirty (30) days of filing;

3. If Defendants file a motion to dismiss the Second Amended Complaint, an answer to any claims not at issue in said motion is not required to be filed until after the Court issues a ruling on the motion to dismiss;

4. The January 15, 2021, deadline for the parties to file a joint status report be taken off the calendar until such time as issues regarding the pleadings are resolved and an answer has been filed.

Dated: December 22, 2020          MURPHY AUSTIN ADAMS SCHOENFELD LLP

By:  /s/  Shawn M. Joost
SHAWN M. JOOST
Attorneys for Defendants
TERRY HATANAKA, LEIGH ANN HATANAKA, T.A. HATANAKA FARMS, HERITAGE CONSERVATION, LLC, AND WEST VALLEY FARMS, INC.

Dated: December 22, 2020

By:  /s/  Stanley H. Kremen
Stanley H. Kremen
Attorney for Plaintiff
JAMES LAKE

- 2 -

STIPULATION REGARDING AMENDMENT OF COMPLAINT AND CONTINUANCE OF JOINT STATUS REPORT AND ORDER

5715.002-3294714.1

Murphy Austin Adams Schoenfeld LLP

## **ORDER**

Based upon the foregoing stipulation and good cause appearing therefor,   IT IS SO ORDERED.

Dated:  December 22, 2020            /s/ John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
                                     UNITED STATES DISTRICT COURT JUDGE