STEVEN A. LAMON, SBN 124853
SHAWN M. JOOST, SBN 148391
MURPHY AUSTIN ADAMS SCHOENFELD LLP
555 Capitol Mall, Suite 850
Sacramento, California 95814
Telephone: (916) 446-2300
Facsimile: (916) 503-4000
Email: slamon@murphyaustin.com
Email: sjoost@murphyaustin.com

Attorneys for Defendants
TERRY HATANAKA, LEIGH ANN HATANAKA,
T.A. HATANAKA FARMS, HERITAGE
CONSERVATION, LLC, AND WEST VALLEY
FARMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LAKE,<br><br>Plaintiff,<br><br>v.<br><br>TERRY HATANAKA, LEIGH ANN HATANAKA, T. A. HATANAKA FARMS, WEST VALLEY FARMS, INC., HERITAGE CONSERVATION, LLC, JOHN DOES (1-5) and XYZ CORPORATIONS (1-5),<br><br>Defendants. | Case No. 2:18-cv-02013-JAM-CKD<br><br>**SECOND STIPULATION REGARDING AMENDMENT OF COMPLAINT AND CONTINUANCE OF MOTION TO RECONSIDER AND ORDER** |

THIS STIPULATION IS ENTERED INTO BY AND BETWEEN JAMES LAKE ("PLAINTIFF"), ON THE ONE HAND, AND TERRY HATANAKA, LEIGH ANN HATANAKA, T.A. HATANAKA FARMS, HERITAGE CONSERVATION, LLC, AND WEST VALLEY FARMS, INC. ("DEFENDANTS"), ON THE OTHER HAND.

WHEREAS, on September 4, 2018 Lake filed an Amended Complaint;

WHEREAS, on October 25, 2018, this Court stayed the action prior to Defendants responding to the Amended Complaint;

WHEREAS, on November 19, 2020, this Court lifted the stay and ordered Defendants to file a responsive pleading to the Amended Complaint on or before December 30, 2020;

WHEREAS, Defendants' counsel sent a meet and confer letter to Lake's counsel on December 16, 2020, outlining Defendant's contentions as to deficiencies in the Amended Complaint, prior to filing a Motion to Dismiss, as required by this Court's rules;

WHEREAS, on December 23, 2020, pursuant to the parties' stipulation, this Court issued an order that Plaintiff file a Second Amended Complaint on or before January 27, 2020, and Defendants file a responsive pleading to the Second Amended Complaint within thirty (30) days of filing;

WHEREAS, Plaintiff has advised Defendants that he needs additional time to file a Second Amended Complaint;

WHEREAS, on December 15, 2020, Plaintiff filed a Motion to Reconsider this Court's order denying his motion to proceed in *pro per* as co-counsel, with a hearing date of February 23, 2021;

WHEREAS, Defendants' opposition to the Motion to Reconsider is due February 9, 2021; and

WHEREAS, Defendants wish to have the same filing date for any responsive pleadings to the proposed Second Amended Complaint and the opposition to the Motion to Reconsider;

NOW, THEREFORE, PLAINTIFF AND DEFENDANTS, BY AND THROUGH THEIR COUNSEL OF RECORD, HEREBY AGREE AS FOLLOWS:

1. Plaintiff will file a Second Amended Complaint on or before February 16, 2021, which shall be deemed served on Defendants as of the date of filing;

2. Defendants will file a responsive pleading to the Second Amended Complaint within thirty (30) days of filing;

3. The hearing date for the Motion to Reconsider is hearing continued to April 1, 2021; and

4. Defendants will file their opposition to the Motion to Reconsider on or before March 18, 2021.

///

///

Dated: January 19, 2021                      MURPHY AUSTIN ADAMS SCHOENFELD LLP

                                             By: /s/ Shawn M. Joost
                                             SHAWN M. JOOST
                                             Attorneys for Defendants
                                             TERRY HATANAKA, LEIGH ANN HATANAKA,
                                             T.A. HATANAKA FARMS, HERITAGE
                                             CONSERVATION, LLC, AND WEST VALLEY
                                             FARMS, INC.

Dated: January 19, 2021

                                             By: /s/ Stanley H. Kremen
                                             Stanley H. Kremen
                                             Attorney for Plaintiff
                                             JAMES LAKE

**ORDER**

Based upon the foregoing stipulation and good cause appearing therefor, IT IS SO ORDERED.

Dated: January 19, 2021                      /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             UNITED STATES DISTRICT COURT JUDGE